IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA LEELIKE | CIVIL ACTION NO. 22-cv-04268 |
| VS. | |
| BRANDON BARDOWSKY, AJA BARDOWSKY, EBONY GRISS, LYFT, INC. AND JOHN DOE 1-4 | |

## STIPULATION TO REMAND

Plaintiff Andrea Leelike hereby stipulates and agrees that the amount in controversy in this action does not exceed $75,000. Accordingly, the parties hereby stipulate and agree that this matter shall be remanded to the Philadelphia County Court of Common Pleas.

_____
Robert N. Braker, Esq.
Michael A. Pileggi, Esq.
Attorneys for Plaintiff

*Andrew Benedict*
_____
Andrew R. Benedict, Esq.
Nicholas J. Goldwyn, Esq.
Attorneys for Defendant Ebony Griggs

_____
Daniel M. Brown, Esq.
Attorney for Defendants Brandon Bardowsky and Aja Bardowsky

*Allison Perry*
_____
Allison Perry, Esq.
Attorney for Defendant Lyft, Inc.

APPROVED BY THE COURT:

October 27, 2022

/s/ John Milton Younge
_____
J.